No. 70. AMERICAN FEDERATION OF LABOR ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Mr. Joseph A. Padway* for petitioners. *Assistant Solicitor General Bell* and *Messrs. Robert L. Stern, Charles A. Horsky, Charles*

*Fahy,* and *Mortimer B. Wolf* for respondent.